# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| COURTNEY MIZER ) <br> 2168 Kevin Court NE ) <br> New Philadelphia, OH 44663 ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> QUALIA COLLECTION SERVICES ) <br> 1444 N McDowell Boulevard ) <br> Petaluma, CA 94954 ) <br>  ) <br> Defendant. ) | Case No. 5:20-cv-00877-BYP |

## NOTICE OF SETTLEMENT

Plaintiff, COURTNEY MIZER, ("Plaintiff"), through her attorney, Jack S. Malkin, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 60 days.

                              RESPECTFULLY SUBMITTED,


May 5, 2020              By: /s/ Jack S. Malkin
                              Jack S. Malkin, Esq.
                              Ohio Bar Number: 0034018
                              20600 Chagrin Blvd., Suite 750
                              Shaker Heights, OH 44122
                              Tel: 216-751-7708
                              jmalkin23@hotmail.com
                              Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

I certify that on May 5, 2020, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Jack S. Malkin
Jack S. Malkin