## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| COURTNEY MIZER<br>2168 Kevin Court NE<br>New Philadelphia, OH 44663<br><br>    Plaintiff,<br><br>v.<br><br>QUALIA COLLECTION SERVICES<br>1444 N McDowell Boulevard<br>Petaluma, CA 94954<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 5:20-cv-00877-BYP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, COURTNEY MIZER, ("Plaintiff"), through her attorney, Jack S. Malkin, Esq., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, QUALIA COLLECTION SERVICES.

                                        RESPECTFULLY SUBMITTED,

June 9, 2020                    By: /s/ Jack S. Malkin
                                          Jack S. Malkin, Esq.
                                          Ohio Bar Number: 0034018
                                          20600 Chagrin Blvd., Suite 750
                                          Shaker Heights, OH 44122
                                          Tel: 216-751-7708
                                          jmalkin23@hotmail.com
                                          Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on June 9, 2020, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Jack S. Malkin
Jack S. Malkin