Approved.
/s/ *Benita Y. Pearson* on 6/10/2020
United States District Judge

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| COURTNEY MIZER<br>2168 Kevin Court NE<br>New Philadelphia, OH 44663<br><br>　　Plaintiff,<br><br>v.<br><br>QUALIA COLLECTION SERVICES<br>1444 N McDowell Boulevard<br>Petaluma, CA 94954<br><br>　　Defendant. | Case No. 5:20-cv-00877-BYP |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, COURTNEY MIZER, ("Plaintiff"), through her attorney, Jack S. Malkin, Esq., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, QUALIA COLLECTION SERVICES.

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,


June 9, 2020　　　　　　　　　By: /s/ Jack S. Malkin
　　　　　　　　　　　　　　　　Jack S. Malkin, Esq.
　　　　　　　　　　　　　　　　Ohio Bar Number: 0034018
　　　　　　　　　　　　　　　　20600 Chagrin Blvd., Suite 750
　　　　　　　　　　　　　　　　Shaker Heights, OH 44122
　　　　　　　　　　　　　　　　Tel: 216-751-7708
　　　　　　　　　　　　　　　　jmalkin23@hotmail.com
　　　　　　　　　　　　　　　　Attorney for Plaintiff